JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMPARO ULLOA, | CASE NO. SACV10-1860-JST (RNBx) |
| Plaintiff, | |
| vs. | **JUDGMENT IN A CIVIL CASE** |
| WELLS FARGO, NA, | |
| Defendant. | |

On October 11, 2011, the Court issued an order dismissing Plaintiff's Complaint without prejudice, and ordering Plaintiff to file an amended complaint no later than October 24, 2011 or the Complaint would be dismissed with prejudice. (Doc. 32). To date, an amended complaint has not been filed.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiff's Complaint is dismissed with prejudice.

DATED: October 27, 2011

**JOSEPHINE STATON TUCKER**
JOSEPHINE STATON TUCKER
United States District Judge